IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| FREDERICK GRAY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. CIV-11-1446-F |
| GREGORY RITTER and WARDEN MIKE ADDISON, | ) ) ) ) | |
| Defendants | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin [doc. no. 54]. No objection to the Report and Recommendation has been filed nor has a further extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is **ADOPTED** in its entirety; Defendants' motion for summary judgment [doc. no. 40] is **GRANTED**; and Plaintiff's motion to substitute [doc. no. 48] is **DENIED**.

Dated this 6th day of January, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-1446p005.wpd